# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN THE MATTER OF: BEULAH      :   No. 101 WM 2024
AGBABIAKA   MOTION FOR EXTENSION    :
PURSUANT TO RULE 311            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of December, 2024, the Motion for "Extension of Bar Examination Rule 311 Admission" is GRANTED, IN PART.  To afford Attorney Beulah Agbabiaka time to seek full admission to the Pennsylvania Bar, her admission is extended to March 27, 2025.

      Justice Wecht files a dissenting statement in which Justice Mundy joins.